# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
HY FORGERON, BAR NO. 2355.

No. 76668

**FILED**

SEP 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DECLINING REFERRAL*

The State Bar has filed a petition under SCR 111(4) to inform this court that attorney Hy Forgeron has been convicted of violating NRS 501.385, a misdemeanor offense. Because Forgeron has not been convicted of a "serious crime," as defined by SCR 111(6), this court has discretion under SCR 111(9) to determine whether to refer the matter to the appropriate disciplinary board. Having considered the nature of the offense of conviction, which does not involve Forgeron's practice of law; suggest that he poses a threat of harm to his clients, the courts, or the profession; or otherwise adversely reflect on his fitness to practice law, we decline to refer this matter to a disciplinary board.

It is so ORDERED.[1]

_____ Cherry, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Bar Counsel, State Bar of Nevada
      Hy Forgeron

---

[1]This constitutes our final disposition of this matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

